# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANULI NABO, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| TEXAS SOUTHERN UNIVERSITY | § | |
| COLLEGE OF PHARMACY AND | § | |
| HEATLH SCIENCES and DR. | § | |
| BARBARA E. HAYES, DEAN, | § | |
|     *Defendants*. | § | |

___

## NOTICE OF REMOVAL
___

NOW COME Defendants Texas Southern University College of Pharmacy and Health Sciences ("TSU") and Dr. Barbara E. Hayes, Dean, and respectfully show that:

1. **Removal Provision:** This removal is pursuant to 28 U.S.C. §1441(a). In her Original Petition, Plaintiff alleges that she has been deprived of his "rights to due process" and that Defendants' actions were "capricious, arbitrary, and or prejudiced." (Orig. Pet. at pp. 3-4.) As confirmed by Plaintiff's counsel, Plaintiff's is asserting a due process claim under to the Fourteenth Amendment of the United States Constitution. (Exh. 1, Gibson Decl. ¶ 3.)

2. **State Action:** This action was filed in the 281st Judicial District Court of Harris County, Texas, on June 3, 2010, Cause No. 2010-34702. Plaintiff is Anuli Nabo, a former student in the pharmacy program at TSU. Venue is proper in the United States District Court for the Southern District of Texas, Houston Division.

3. **Nature of the Lawsuit:** Plaintiff alleges that she was dismissed from the TSU pharmacy program for academic reasons and that Defendants' actions in dismissing her violated her due process rights. Plaintiff seeks both declaratory and injunctive relief.

4. **Jury Demand:** Plaintiff has not requested a trial by jury in her Original Petition.

5. **Removal Requirements of 28 U.S.C. §1441:** Plaintiff's allegations regarding violation of his due process rights guaranteed by the Fourteenth Amendment raise federal questions.

7. **Compliance with Deadline:** Defendants received notice of the suit on or about June 4, 2010. On June 16, 2010, Plaintiff's counsel confirmed that Plaintiff is asserting claims under the United States Constitution. Defendants have 30 days in which to remove. Therefore, this removal is timely.

8. **State Court Pleadings:** A true and correct copy of all process and pleadings served upon Defendants in the state court action is being filed with this notice as required by 28 U.S.C. §1446(a).

ACCORDINGLY, Defendants pray that this cause be removed to the United States District Court Southern District of Texas, Houston Division, pursuant to Section 1441 of Title 28 of the United States Code.

Dated: July 1, 2010

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ Darren G. Gibson
**DARREN G. GIBSON**
Attorney-In-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent *via U.S. certified mail, return receipt requested*, on July 1, 2010, to:

Don R. Caggins, Sr.
2030 North Loop West
Suite 285
Houston, Texas 77018
*Attorney for Plaintiff*

/s/ Darren G. Gibson_____
**DARREN G. GIBSON**
Assistant Attorney General