## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANULI NABO, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. _____ |
| TEXAS SOUTHERN UNIVERSITY | § | |
| COLLEGE OF PHARMACY AND | § | |
| HEATLH SCIENCES and DR. | § | |
| BARBARA E. HAYES, DEAN, | § | |
|     *Defendants*. | § | |

_____

### LIST OF COUNSEL OF RECORD
_____

*Attorney for Plaintiff:*
Don R. Caggins, Sr.
2030 North Loop West
Suite 285
Houston, Texas 77018
(713) 683-0088
(713) 683-8494 FAX
Texas Bar No. 03591700

*Attorney for Defendant:*
Darren G. Gibson
Attorney-In-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX