# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANULI NABO, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| TEXAS SOUTHERN UNIVERSITY | § | |
| COLLEGE OF PHARMACY AND | § | |
| HEATLH SCIENCES and DR. | § | |
| BARBARA E. HAYES, DEAN, | § | |
|     *Defendants*. | § | |

___

## INDEX OF STATE COURT DOCUMENTS
___

June 3, 2010    Plaintif's Original Petition For Declaratory Judgment and Request for a Temporary Injunction with Request for Disclosure (with Exhibits A through C)

June 3, 2010    Proposed Temporary Restraining Order

June 3, 2010    Civil Process Request

June 4, 2010    Civil Bureau Process Pick-Up Form

June 4, 2010    Order Setting Show Cause Hearing

June 4, 2010    Harris County Docket Sheet

June 4, 2010    Citation served on Barbara Hayes

June 4, 2010    Citation served on Texas Southern University, College of Pharmacy and Health Science

June 21, 2010    Defendant's Original Answer and Affirmative Defenses