CAUSE NO. **2010-34702**

| | | |
|---|---|---|
| ANULI NABO<br>Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | |
| TEXAS SOUTHERN UNIVERSITY<br>COLLEGE OF PHARMACY AND<br>HEALTH SCIENCES AND DR. BARBARA<br>E. HAYES,<br>Defendant | §<br>§<br>§<br>§<br>§ | 281 JUDICIAL DISTRICT<br><br>HARRIS COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

**BE IT REMEMERED** that on the _____ day of June, 2010 came on for consideration, Applicant verified Petition and Affidavits requesting extraordinary injunctive relief, without notice to Defendants, Texas Southern University College of Pharmacy and Health Sciences, and Defendant, Dr. Barbara E. Hays and on this basis of the pleadings and arguments, it appears that Defendants will continue to unlawfully deprive and prevent Applicant, Anuli Nabo from enrolling in the Texas Southern University College of Pharmacy and Health Sciences curriculum for the Summer semester of June 2010. And therefore unless restrained by the Courts it further appears that Plaintiff will suffer irreparable harm and will be deprived of her rights of enrollment to the Professional Pharmacy curriculum of the Texas Southern University College of Pharmacy and Health Sciences.

It is accordingly **ORDERED, ADJUDGED AND DECREED** that Defendants Texas Southern University College of Pharmacy and Health Sciences, Defendant, and Dr. Barbara E. Hays and are hereby immediately restrained and enjoined from denying Applicant, Anuli Nabo from registering in the Summer Semester 2010 Professional Pharmacy curriculum at Texas Southern University College of Pharmacy and Health Sciences located at 3100 Cleburne,

Houston, Harris County, Texas not to exceed a period of fourteen (14) days, or any extension there providing that Applicant or some or some executed a good and sufficient bond, in cash or by surety in the amount of $_____ and conditioned and approved as required by law; further it is **ORDERED, ADJUDGED AND DECREED** that the parties shall appear in the _____ District Court of Harris County, Texas, on the ___ day of _____, 2010 at _____ o/clock ____.m. to show cause why this Order should not be extended, or not be made into Temporary Injunction, or not be dissolved in whole or in part.

SIGNED THIS _____ day of _____, 2010 at _____ o'clock _____.m.

_____
PRESIDING HONORABLE JUDGE

For Official Governmental Use Only - Do Not Disseminate to the Public: 45482845 - Page 2 of 3

| | | |
|---|---|---|
| **ANULI NABO**<br>**Plaintiff** | § § § | IN THE DISTRICT COURT |
| **vs.** | § § | |
| **TEXAS SOUTHERN UNIVERSITY**<br>**COLLEGE OF PHARMACY AND**<br>**HEALTH SCIENCES AND DR. BARBARA**<br>**E. HAYES,**<br>**Defendant** | § § § § § | _____ JUDICIAL DISTRICT<br><br>HARRIS COUNTY, TEXAS |

### NOTICE OF HEARING

The above motion is set for hearing on _____ at _____. m. in _____.

SIGNED on _____.

_____
Judge or Clerk

For Official Governmental Use Only - Do Not Disseminate to the Public: 45482845 - Page 3 of 3



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this _____

Certified Document Number:   _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**