# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: 2010-34702    CURRENT COURT: 281

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): _____

FILE DATE OF MOTION: _____
Month/ Day/ Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Gita Bolt General Counsel Texas South
   ADDRESS: 3100 Cleburn Street Hannah Hall
   AGENT, (if applicable): Houston Texas

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP
- ☒ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL
- ☐ CONSTABLE
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

FILED
Loren Jackson District Clerk
JUN - 3 2010
Harris County, Texas
By _____ Deputy
Time: _____

*********************************************************************

2. NAME: Barbara Hayes
   ADDRESS: 3100 Cleburn Street Hannah Hall
   AGENT, (if applicable): Gita Bolt General Counsel

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL
- ☐ CONSTABLE
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: Dan L. Cassian    TEXAS BAR NO./ID NO. 03591200
MAILING ADDRESS: 2030 North Loop West 285
PHONE NUMBER: 713-653-0088    FAX NUMBER: 713 653 8494
             area code  phone number              area code  fax number
EMAIL ADDRESS: _____



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**