CONFIRMED FILE DATE: 6/4/2010

For Official Governmental Use Only - Do Not Disseminate to the Public: 45555659 - Page 1 of 1



# LOREN JACKSON
### HARRIS COUNTY DISTRICT CLERK

## Civil Process Pick-Up Form

### CAUSE NUMBER: 2010-34702 CIV

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

**Attorney:** CAGGINS, DON      **PH:** 713-683-0088

**CIVIL PROCESS:**      **PH:**

**PERSON NOTIFIED SVC READY:** *Atty & Process Server Waiting*

**NOTIFIED BY:** *Lisa L Cooper* - *DEPUTY DISTRICT CLERK*

| Type of Service Document | | Tracking Number |
|---|---|---|
| Type of Service Document: | CITATION | Tracking Number: 72542150 |
| Type of Service Document: | Citation | Tracking Number: 72542152 |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |
| Type of Service Document: | Citation | Tracking Number: |

Process papers prepared by: *Lisa L Cooper*      Date: **June 4, 2010**

**Process papers released to:** *Rel A e*

**Date:** *6-04-2010*



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**