2010-34702

# CAUSE NO. ~~2010-34709~~

| | |
|---|---|
| ANULI NABO | IN THE DISTRICT COURT |
| VS | HARRIS COUNTY, TEXAS |
| TEXAS SOUTHERN UNIVERSITY | 281TH JUDICIAL DISTRICT |

**ORDER SETTING SHOW CAUSE HEARING**

FILED
Loren Jackson
District Clerk
JUN 04 2010
Harris County, Texas
By _____ Deputy

Plaintiff presented an Application for Temporary Injunction. It is ordered that the clerk of this court issue notice to Defendants to appear before the **281TH Judicial District Court**, in the **Civil Courts Building, 1115 CONGRESS, 14TH Floor**, Houston, Harris County, Texas, on the **18TH** day of **JUNE**, **2010**, at **11:00 A.M.**, to show cause why Plaintiff should not be granted a temporary injunction, as set out in the application, pending final determination of this cause on its merits.

Signed this 4th day of June, 2010

_____
HON. DION RAMOS
Presiding Ancillary Judge

For Official Governmental Use Only - Do Not Disseminate to the Public: 45497209 - Page 1 of 1



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**