Harris County Docket Sheet

# 2010-34702

**COURT:** 281st
**FILED DATE:** 6/3/2010
**CASE TYPE:** OTHER CIVIL



### NABO, ANULI

Attorney: CAGGINS, DON R SR

### vs.

### TEXAS SOUTHERN UNIVERSITY COLLEGE OF PHARMACY AND

Attorney: GIBSON, DARREN GLENN

| Docket Sheet Entries | |
|---|---|
| Date | Comment |
| 6/4/2010 | CASO - ORDER SIGNED SETTING HEARING |