CAUSE NO. 201034702

| | | |
|---|---|---|
| | RECEIPT  NO. 7954 | 0.00         CIV |
| | 06-04-2010 | TR # 72542152 |
| PLAINTIFF: NABO, ANULI | | In The   281st |
| vs. | | Judicial District Court |
| DEFENDANT: TEXAS SOUTHERN UNIVERSITY COLLEGE OF PHARMACY AND | | of Harris County, Texas |
| | | 281ST DISTRICT COURT |
| | | Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: HAYES, BARBARA (DR) (DEAN) BY SERVING GITA BOLT GENERAL COUNSEL FOR
    TEXAS SOUTHERN UNIVERSITY COLLEGE OF PHARMACY AND HEALTH SCIENCES
    3100 CLEBURNE STREET HANNAH HALL ROOM 310 HOUSTON TX 77004

FILED
Loren Jackson
District Clerk
JUN 04 2010
Time_____
Harris County, Texas
By_____
    Deputy

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT AND REQUEST
FOR A TEMPORARY INJUNCTION AND FOR A PERMANENT INJUNCTION WITH REQUEST FOR DISCLOSURE

This instrument was filed on the 3rd day of June, 2010, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 4th day of June, 2010, under my hand and
seal of said Court.

Issued at request of:
CAGGINS, DON R SR
2030 NORTH LOOP WEST
HOUSTON, TX 77018
Tel: (713) 683-0088
Bar No.: 3591700

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: COOPER, LISA L    3JG/3JG/8724660

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _10:08_ o'clock _A_ .M., on the _4_ day of _June_, _2010_.
Executed at (address) _3100 Cleburne St, Hannah Hall Rm 310 Houston TX 77004_ in
_Harris_ County at _11:00_ o'clock _A_ .M., on the _4_ day of _June_,
_2010_, by delivering to _Andrew Hughey_ defendant, in person, a
true copy of this Citation together with the accompanying ___1___ copy(ies) of the
                                                                                   Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _4_ day of _June_ _2010_.

Fee: $_____

                                                   _Houston_
                                                   _TX_ of _Harris_ County, Texas

_____                         By _____
        Affiant                                           Deputy

On this day, _Raul A Gallardo_, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _4th_ day of _June_, _2010_.

                                                   _____
                                                   Notary Public

N.INT.CITR.P        BARBARA C. NEARY
                    My Commission Expires
                    April 12, 2014

CONFIRMED FILE DATE: 6/4/2010
For Official Governmental Use Only - Do Not Disseminate to the Public: 4552199 - Page 1 of



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**