RECEIPT NUMBER 7954 0.00
TRACKING NUMBER 72542150 CIV

**CAUSE NUMBER** 201034702

| | |
|---|---|
| **PLAINTIFF:** NABO, ANULI vs. **DEFENDANT:** TEXAS SOUTHERN UNIVERSITY COLLEGE OF PHARMACY AND | **In The** 281st **Judicial District Court of Harris County, Texas** |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: TEXAS SOUTHERN UNIVERSITY COLLEGE OF PHARMACY AND HEALTH SCIENCE BY SERVING GITA BOLT GENERAL COUNSEL FOR TEXAS SOUTHERN UNIVERSITY COLLEGE OF PHARMACY AND HEALTH SCIENCES

3100 CLEBURNE STREET HANNAH HALL ROOM 310 HOUSTON TX 77004

**FILED**
Loren Jackson
District Clerk
JUN 4 2010
Time_____
Harris County, Texas
By_____ Deputy

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT AND REQUEST FOR A TEMPORARY INJUNCTION AND FOR A PERMANENT INJUNCTION WITH REQUEST FOR DISCLOSURE

This instrument was filed on the 3rd day of June , 20 10 , in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this 4th day of June , 20 10.

Issued at request of:
CAGGINS, DON R SR
2030 NORTH LOOP WEST
HOUSTON, TX 77018
Tel: (713) 683-0088
Bar Number: 3591700

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: COOPER, LISA L   3JG/3JG/8724660

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the 4 day of June , 20 10 , at 10:08 o'clock A .M., endorsed the date of delivery thereon, and executed it at 3100 Cleburne St Hannah Hall Rm 310, Houston .
(street address) (city)

in Harris County, Texas on the 4 day of June , 20 10 , at 11 o'clock A . M., by delivering to Texas Southern University , by delivering to its (the defendant corporation named in citation) Registered Agent , in person, whose name is Andrew Hughey , (registered agent, president, or vice-president)

a true copy of this citation, with a copy of the Plaintiffs Original Petition attached,
(description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of Additional documents .
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the 4 day of June , 20 10.

FEE: $ _____   By: _____
(signature of officer)
Printed Name: _____

As Deputy for: _____
(printed name & title of sheriff or constable)

Affiant Other Than Officer

On this day, Raul A Gallardo , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 4th day of June , 20 10

_____
Notary Public

N.INT.CITC.P


BARBARA C. NEARY
Commission Expires


BARBARA C. NEARY
Commission Expires

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging


BARBARA C. NEARY
My Commission Expires
April 12, 2014

CONFIRMED FILE DATE: 6/4/2010

For Official Governmental Use Only - Do Not Disseminate to the Public: 45532579 - Page 1 of 1



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this _____

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**