CAUSE NO. 2010-34702

| | | |
|---|---|---|
| ANULI NABO, | § | |
|     *Plaintiff*, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 281st JUDICIAL DISTRICT |
| TEXAS SOUTHERN UNIVERSITY | § | |
| COLLEGE OF PHARMACY AND | § | |
| HEATLH SCIENCES and DR. | § | HARRIS COUNTY, TEXAS |
| BARBARA E. HAYES, DEAN, | § | |
|     *Defendants*. | § | |

# DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants Texas Southern University College of Pharmacy and Health Sciences and Dr. Barbara E. Hayes, Dean, and file their *Original Answer and Affirmative Defenses*, and in support thereof, would show the Court the following:

## I. ORIGINAL ANSWER (General Denial)

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny the allegations in Plaintiff's Original Petition and demand strict proof thereof.

## II. AFFIRMATIVE DEFENSES

Pleading further, Defendants hereby assert the following affirmative defenses to which they may be entitled:

    1.    Sovereign immunity bars any and all of Plaintiff's claims to which that defense may apply.

    2.    Qualified (or official) immunity bars any and all of Plaintiff's claims to which that defense may apply.

3. Plaintiff's claims, in whole or in part, fail because Plaintiff has failed to state a claim upon which relief may be granted.

4. Plaintiff's claims, in whole or in part, are barred by waiver.

5. Plaintiff's claims, in whole or in part, are not ripe for adjudication.

6. Plaintiff's claims, in whole or in part, are barred by Plaintiff's failure to exhaust her administrative remedies.

7. Plaintiff's own acts and/or omissions caused or contributed to the Plaintiff's injuries, if any.

8. Plaintiff has failed to mitigate her damages, if any.

9. Defendants reserve the right to raise additional affirmative defenses as they become apparent during the development of the case.

For Official Governmental Use Only - Do Not Disseminate to the Public: 45619906 - Page 2 of 4

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court enter judgment for them and against Plaintiff, holding that Plaintiff take nothing by her action and award Defendants such further relief to which they are entitled, including costs and attorney's fees.

Dated: June 21, 2010

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ Darren G. Gibson
**DARREN G. GIBSON**
Texas Bar No. 24068846
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
Darren.Gibson@oag.state.tx.us

***ATTORNEYS FOR DEFENDANTS***

For Official Governmental Use Only - Do Not Disseminate to the Public: 45619906 - Page 3 of 4

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of Defendants' Original Answer and Affirmative Defenses has been sent *via U.S. Certified Mail, Return Receipt Requested* on June 21, 2010, to:

Don R. Caggins, Sr.
2030 North Loop West
Suite 285
Houston, Texas 77018
*Attorney for Plaintiff*

            /s/ Darren G. Gibson
            DARREN G. GIBSON
            Assistant Attorney General

For Official Governmental Use Only - Do Not Disseminate to the Public: 45619906 - Page 4 of 4



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this

Certified Document Number: _____

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**