**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Anuli Nabo | § | |
| | § | |
| *versus* | § | Civil Action 4:10–cv–02349 |
| | § | |
| Texas Southern University College of Pharmacy and Health Sciences, et al. | § | |

## Recusal Order

1.   I stand recused in this case.

2.   Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on August 25, 2010, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge