IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANULI NABO,<br>*Plaintiff*,<br><br>v.<br><br>TEXAS SOUTHERN UNIVERSITY<br>COLLEGE OF PHARMACY AND<br>HEATLH SCIENCES, and DR.<br>BARBARA E. HAYES, DEAN,<br>*Defendants*. | §<br>§<br>§  CASE NO. 4:10-cv-02349<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Anuli Nabo and Defendants Texas Southern University College of Pharmacy and Health Sciences ("TSU") and Dr. Barbara E. Hayes, Dean, and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41.

All Parties agree to this Stipulation as reflected by the signature of their counsel below. This Stipulation has been made in connection with a mutually-agreeable resolution of this matter reached by the Parties.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims brought in this matter are hereby DISMISSED WITH PREJUDICE.

|  |  |
|---|---|
| _____ | _____ |
| Don R. Caggins, Sr. | Darren G. Gibson |
| 2030 North Loop West | Assistant Attorney General |
| Suite 285 | Office of the Attorney General |
| Houston, Texas 77018 | General Litigation Division |
| *Attorney for Plaintiff* | P.O. Box 12548, Capitol Station |
|  | Austin, Texas 78711-2548 |
|  | *Attorney for Defendants* |