IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANULI NABO | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| versus | § CIVIL. ACTION NO. H-10-2349 |
| | § |
| TEXAS SOUTHERN UNIVERSITY | § |
| COLLEGE OF PHARMACY AND | § |
| HEALTH SCIENCES, et al. | § |
| Defendants. | § |

ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #5) filed on August 27, 2010, this cause of action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this __31st__ day of __August__, 2010, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE